# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:02CR00126-002 |
| PEDRO FRAUSTO-ROMAN ) | USM No: 19012-058 |
| Date of Previous Judgment: February 18, 2004 ) | Claire J. Rauscher |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____          Amended Offense Level: _____
Criminal History Category: _____       Criminal History Category: _____
Previous Guideline Range: ___ to ___ months     Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction since the original guideline calculations involved marijuana alone, not crack cocaine.

**III. ADDITIONAL COMMENTS**
The defendant filed a pro se motion in this case. As such, the Federal Defender for the Western District of North Carolina, Claire Rauscher, is named as the attorney.

Except as provided above, all provisions of the judgment dated February 18, 2004 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: January 22, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge